IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ELMORE NICHOLS, JR., ) | |
| ) | |
| Petitioner, ) | |
| vs. ) | Case No. 2:05-cv-2112-KOB-TMP |
| ) | |
| JAMES H. DELOACH, Warden; ) | |
| ATTORNEY GENERAL OF ) | |
| THE STATE OF ALABAMA, ) | |
| ) | |
| Respondents. ) | |

O R D E R

On October 30, 2006, the magistrate judge filed his report and recommendation in the above-styled cause, recommending that this petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2254 be dismissed with prejudice as barred by 28 U.S.C. § 2244(d). The petitioner filed objections on November 15, 2006.

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the petitioner's objections thereto, the Court is of the opinion that the report is due to be and hereby is ADOPTED, and the recommendation is ACCEPTED. Consequently, the petition for writ of *habeas corpus* filed pursuant to 28 U.S.C. § 2254 in the above-styled cause is due to be and the same is hereby DISMISSED WITH PREJUDICE as barred by 28 U.S.C. § 2244(d).

DONE and ORDERED this 30th day of November 2006.

*Karon O. Bowdre*
KARON OWEN BOWDRE
UNITED   STATES   DISTRICT   JUDGE